# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ 17-381 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| DANTE URELL PIGGEE, | |
| Defendant. | |

Offense charged:    Possession of Heroin with Intent to Distribute

Date of Detention Hearing:    September 29, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant was not interviewed by Pretrial Services, so much of his background information is unknown or unverified.   He has a lengthy criminal record and an escape warrant for failing to report on supervision at the time of arrest.   Defendant does not contest detention.

2.   Defendant poses a risk of nonappearance based on lack of verified background

information, a history of noncompliance while on supervision, alleged attempt to flee and resistance to arrest, and history of failing to appear and/or report.  Defendant poses a risk of danger based on the nature of the offense and criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 29th day of September, 2017.

Mary Alice Theiler
United States Magistrate Judge